BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY GABRIELSON, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　Defendants. | Case No.:  2:09-CV-00538-FCD-KJM<br><br>**STIPULATION AND ORDER** |

Plaintiff ALLAN T. BOWEN and Defendant THE UNITED STATES POSTAL SERVICE, of the above-entitled action by and through their attorneys of record, hereby stipulate and agree as follows:

1. Plaintiff ALLAN T. BOWEN has brought suit against the United States Postal Servcie for personal injuries arising out of a motor vehicle accident involving a United States Postal Service Vehicle.
2. Bowen specifically claims that he sustained physical injuries, including but not limited to his neck and back.
3. Plaintiff concedes that he has placed his physical condition at issue in this litigation and that good cause exist for an independent medical examination

pursuant to Fed. R. Civ. Pro. 35.

4. The Notice of Independent Examination is attached as Exhibit "1". The examination will be taken pursuant to and under the conditions set forth in Exhibit "1".

**IT IS SO STIPULATED**.

Date: August 31, 2010                              BENJAMIN B. WAGNER
                                                   UNITED STATES ATTORNEY

                                    By:   */s/ Jason Ehrlinspiel*
                                          Jason Ehrlinspiel
                                          Assistant United States Attorney

                                          Attorneys for Defendants


                                          BAR & MUDFORD

Date: August 31, 2010      By:            */s/ Dugan Barr*
                                          Dugan Barr

                                          Attorneys for Plaintiff ALLAN T. BOWEN

**ORDER**

Pursuant to the parties stipulation, Plaintiff's physical condition being at issue and good cause appearing for Plaintiff's submission to a independent medical examination pursuant to Fed. R. Civ. Pro. 35, the Court hereby orders Plaintiff to submit to a medical examination under the conditions set forth in the Notice of Independent Medical Examination attached as Exhibit "1".

IT IS SO ORDERED.

Dated:  August 31, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE