MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Plaintiff
TROY GABRIELSON

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY GABRIELSON, et al., | CASE NO. 2:09-CV-00538-FCD-KJM |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |
| vs. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby agree to and respectfully request the below modifications and/or amendments to this Court's April 27, 2010 (Pretrial Scheduling) Order (Docket No. 19). The undersigned have all agreed to propose these joint requests.

The parties contend there is good cause for this request for the following reasons:

1) Plaintiff Troy Gabrielson underwent an MRI and subsequent discogram on July 29, 2010 and September 23, 2010 respectively. Said examinations reveal that Mr. Gabrielson has a left paracentral C7-T1 disc protrusion.

2) Mr. Gabrielson is currently under the care of Phillip Orisek, M.D., Orthopedic Surgeon.

1  Dr. Orisek's office had indicated that surgical intervention is warranted for Mr.
2  Gabrielson's injury and is in the process of pre-approving the procedure through Blue
3  Shield, Mr. Gabrielson's medical insurance provider.
4  3)  Dr. Orisek's office has indicated that the pre-approval process will take approximately
5  one month following which Mr. Gabrielson can undergo surgery as soon as possible.
6  4)  Dr. Orisek's office has indicated that Mr. Gabrielson should be functional within six
7  weeks of his surgery although complete healing from the procedure could take
8  approximately six months.
9  5)  The parties agree that this matter is not amenable to a motion for summary judgment;
10  hence the dispositive motion deadline is not an issue.
11  6)  The parties submit that this request is made for good cause and not solely for delay. The
12  proposed modifications to the scheduling order are as follows:

- That the discovery cut-off date set for October 1, 2010, be moved to December 31, 2010.
- That the deadline for expert disclosure set for November 1, 2010, be moved to January 31, 2011.
- That the deadline for supplemental expert disclosure set for November 21, 2010, be moved to February 2, 2011.
- That the deadline for completion of all expert discovery set for December 7, 2010 be moved to March 7, 2011.
- That the pretrial conference be moved from January 7, 2011 to April 7, 2011 at 2:00 p.m.
- That the bench trial be moved from March 1, 2011 to May 30, 2011.

MORENO & RIVERA

/s/ Jonathan B. Paul

DATED: September 28, 2010

JONATHAN B. PAUL
Attorney for Plaintiff Troy Gabrielson

|   |   |
|---|---|
|   | BARR & MUDFORD, LLP |
|   | /s/ John D. Barr (authorized on 9/29/10) |
| DATED: September 29, 2010 | JOHN D. BARR<br>Attorney for Plaintiff Allan T. Bowen |
|   | UNITED STATES ATTORNEY'S OFFICE |
|   | /s/ Jason Ehrlinspiel (authorized on 9/29/10) |
| DATED:September 29, 2010 | Jason Ehrlinspiel<br>Assistant U.S. Attorney<br>Attorney for Defendant United States Postal Service |

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order is modified as follows:

- That the discovery cut-off date set for October 1, 2010, be moved to December 31, 2010.
- That the deadline for expert disclosure set for November 1, 2010, be moved to January 31, 2011.
- That the deadline for supplemental expert disclosure set for November 21, 2010, be moved to February 21, 2011.
- That the deadline for completion of all expert discovery set for December 7, 2010 be moved to March 7, 2011.
- That the pretrial conference be moved from January 7, 2011 to **April 8, 2011 at 2:30 p.m.**
- That the bench trial be moved from March 1, 2011 to **June 7, 2011, at 9:00 a.m.**

Dated: September 30, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE