BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
916.554.2743 Direct
916.554.2900 Facsimile

Attorneys for Defendant
United States Postal Service

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY GABRIELSON *and* ALLAN T. BOWEN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES POSTAL SERVICE,<br><br>Defendant. | No. 2:09-cv-00538-FCD (GGH)<br><br>**STIPULATION ORDER TO CONSENT TO COURT SETTLEMENT CONFERENCE AND EXTENSION OF EXPERT DISCLOSURE DEADLINE**<br><br>L. R. 270(a) |

Pursuant to Local Rule 270(a), the parties hereby affirmatively request the court to set a court settlement conference in this matter.  In order to accommodate the conference and to prevent the potentially unnecessary expenditure of costs, the parties further stipulate to the extension of the expert disclosure deadline from January 31, 2011 to February 14, 2011, with all remaining deadlines remaining unchanged.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs TROY GABRIELSON and ALLAN T. BOWEN and by defendant THE UNITED STATES POSTAL SERVICE by and through their respective counsel, that the court assign a judge not currently assigned to the case to conduct a settlement conference on a date to be determined by the assigned judge and the parties.  It is further stipulated and agreed that the expert disclosure deadline of January 31, 2011 is extended to February 14, 2011,

STIPULATION AND ORDER

1  with all remaining deadlines remaining unchanged.

2

3 　　　　　　　　　　　　　　　　　　　Respectfully submitted,

4 　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney
5

6  Dated: January 18, 2011 　　　　　　　*/s/  Jason Ehrlinspiel*
　　　　　　　　　　　　　　　　　　　By:   JASON EHRLINSPIEL
7
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
8 　　　　　　　　　　　　　　　　　　　United States Postal Service

9
　　　　　　　　　　　　　　　　　　　MORENO & RIVERA
10
　　DATED: January 18, 2011 　　　　　　*/s/ Jonathan B.Paul*
11 　　　　　　　　　　　　　　　　　　　JONATHAN B. PAUL
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Troy Gabrielson
12

13 　　　　　　　　　　　　　　　　　　　BARR & MUDFORD, LLP

14  DATED: January 18, 2011 　　　　　　*signature page attached*
　　　　　　　　　　　　　　　　　　　JOHN D. BARR
15 　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Allan T. Bowen

16
## ORDER
17

18 　　　Good cause having been shown, the Court grants the parties Stipulation and sets a

19  Settlement Conference in this case for **Friday, February 4, 2011, at 9:00 a.m. in**

20  **Courtroom 25 before Magistrate Judge Kendall J. Newman**.  The parties are

21  directed to exchange non-confidential settlement conference statements seven (7) days

22  prior  to this settlement conference. These statements shall simultaneously be delivered

23  to the Court using the following email address: kjnorders@caed.uscourts.gov.  If a

24  party desires to share additional confidential information with the Court, they may do so

25  pursuant to the provisions of Local Rule 270(d) and (e).

26 　　　It is FURTHER ORDERED that the expert disclosure deadline of January 31, 2011

27  is extended to February 14, 2011, with all remaining deadlines remaining unchanged

28  / / /

STIPULATION AND ORDER　　　　　　　　-2-

1    **IT IS SO ORDERED:**

2

3   Dated: January 24, 2011

                                  FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE