1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON EHRLINSPIEL
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Direct:      (916) 554-2743
5  Facsimile:  (916) 554-2900

6  Attorneys for the United States of America,
7  United States Postal Service

8
                    IN THE UNITED STATES DISTRICT COURT
9
               IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  TROY GABRIELSON, et al.,            )    CASE NO. 2:09-CV-00538-FCD-KJM
                                        )
12                  Plaintiffs,         )    **STIPULATION AND ORDER TO**
                                        )    **MODIFY   PRETRIAL   SCHEDULING**
13  vs.                                 )    **ORDER  AND  RESET  SETTLEMENT**
                                        )    **CONFERENCE**
14  UNITED STATES POSTAL SERVICE,       )
    et al.,                             )
15                                      )
                    Defendants.         )
16  _____    )

17

18        COMES NOW THE PARTIES by and through their respective attorneys and subject to

19  the approval of this Court, hereby agree to and respectfully request the below modifications

20  and/or amendments to this Court's September 30, 2010 Amended Status (Pretrial Scheduling)

21  Order. Docket Entry ("DE") 25.  The undersigned have all agreed to propose these joint

22  requests.

23        The parties contend there is good cause for this request for the following reasons:

24  1)    As previously set forth in the parties September 29, 2010 proposed stipulation and order,

25        DE 24, Plaintiff Troy Gabrielson underwent additional medical testing and procedures in

26        connection injuries he related to the subject matter of this litigation.

27  2)    In connection with those alleged injuries, Plaintiff Gabrielson underwent surgery by Dr.

28        Philip Orisek on or about November 24, 2010.

3)   The discovery period in this matter ended on December 31, 2010.  DE 25.

4)   On December 30, 2010, Plaintiff Gabrielson deposited supplemental discovery responses and documents into the mail for service upon all parties.  However, said supplemental discovery was not delivered to the parties due to the failure to attach sufficient postage to the envelopes.  Upon learning of the delivery failure on January 5, 2011, Plaintiff Gabrielson personally served supplemental discovery responses and documents. The documents and claims disclosed by Plaintiff Gabrielson on January 5, 2011 establish a completely different and much more complex scenario than what was previously known by the United States. For instance, Plaintiff Gabrielson's discovery responses and document production indicated total medical expenses of approximately $30,000.00. The January 5, 2011 production revealed medical expenses of approximately $220,000.00.  Since the new information was received outside of the discovery period, the United States cannot investigate the medical expenses or Plaintiff's new injury claims and explore the necessity for additional experts. The United States is therefore severely prejudiced by the late disclosure and inability to conduct discovery. In fairness to Plaintiff, the vast majority of the expenses and treatment were rendered in mid-November. Accordingly, the parties submit that a continuance of all dates is appropriate.

5)   The parties submit that this request is made for good cause and not for delay.

The proposed modifications to the scheduling order are as follows:

- That the discovery cut-off date set for December 31, 2010, be moved to June 1, 2011.

- That the deadline for expert disclosure set for February 14, 2011, be moved to July 1, 2011.

- That the deadline for supplemental expert disclosure set for February 2, 2011, be moved to August 1, 2011.

- That the deadline for completion of all expert discovery set for March 7, 2011 be moved to October 15, 2011.

- That the pretrial conference be moved from April 8, 2011 to a date determined by

1    the Court.

2    ●    That the trial be moved from June 7, 2011 to December 2011.

3    ●    That the settlement conference before the Honorable Kendall J. Newman set for

4         February 4, 2011 be moved to date agreed upon by the parties after the discovery

5         deadline.

6                                            MORENO & RIVERA

7                                            /s/ Jonathan B. Paul

8    DATED: January 26, 2011
                                             _____
9                                            JONATHAN B. PAUL
                                             Attorney for Plaintiff Troy Gabrielson

10

11                                           BARR & MUDFORD, LLP

12                                           /s/ John D. Barr

13   DATED: January 26, 2011
                                             _____
14                                           JOHN D. BARR
                                             Attorney for Plaintiff Allan T. Bowen

15

16                                           UNITED STATES ATTORNEY'S OFFICE

17                                           /s/ Jason Ehrlinspiel

18   DATED: January 26, 2011
                                             _____
19                                           JASON EHRLINSPIEL
                                             Assistant U.S. Attorney
                                             Attorney for Defendant United States
20                                           Postal Service

21                                     **<u>ORDER</u>**

22
     The Court MODIFIES the Pretrial Scheduling Order as follows:

23   ●    Discovery cut-off date is extended June 1, 2011.

24
     ●    Expert Disclosures deadline is extended to July 1, 2011.
25
     ●    Supplemental Expert Disclosures are due by August 1, 2011.
26
     ●    Expert Discovery shall be completed by October 15, 2011.
27
     ●    The Final Pretrial Conference is RESET for **January 13, 2012 at 1:30 p.m.** The
28
          parties shall file their Joint Pretrial Statement on or before January 6, 2012.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- The Bench Trial is RESET for **March 20, 2012 at 9:00 a.m.** in Courtroom #2**.**

- The Settlement Conference before the Honorable Kendall J. Newman set for **February 4, 2011 is VACATED** and shall be reset to date agreed upon by the parties after the discovery deadline.

**IT IS SO ORDERED.**

DATED: January 27, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT  JUDGE