1

**Rivera & Associates**

2

2180 Harvard Street, Ste. 310
Sacramento, California 95815

3

Tel: 916-922-1200 Fax: 916 922-1303

4

Jesse M. Rivera, CSN 84259

5

Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

6

Kelly A. Yokley, CSN 192015

7

Attorneys for Plaintiff
TROY GABRIELSON

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12

TROY GABRIELSON, et al.,                     )     CASE NO. 2:09-CV-00538-MCE-GGH
                                             )
13

        Plaintiffs,                       )     **STIPULATION AND ORDER TO VACATE**
                                             )     **THE NOVEMBER 1, 2011 SETTLEMENT**
14

vs.                                          )     **CONFERENCE BEFORE MAGISTRATE**
                                             )     **JUDGE KENDALL J. NEWMAN AS TO**
15

                                             )     **PLAINTIFF TROY GABRIELSON**
UNITED STATES POSTAL SERVICE, et )
16

al.,                                         )
                                             )
17

        Defendants.                       )
                                             )
18

19

    COMES NOW the plaintiff, TROY GABRIELSON, by and through his attorney

20

Jonathan B. Paul, of Rivera & Associates and defendant UNITED STATES POSTAL SERVICE

21

by and through its attorney Jason Ehrlinspiel, of the U.S. Attorney's Office and subject to the

22

approval of this Court, hereby agree to and respectfully request the vacation of the November 1,

23

2011 settlement conference set before Magistrate Judge Kendall J. Newman.  The undersigned

24

have agreed to purpose vacation of this conference and contend there is good cause for this

25

request for the following reasons:

26

1)     At the invitation of and in response to a prior settlement offer by the United States,

27

        Plaintiff Troy Gabrielson presented a settlement demand prior to the rescheduling of the

28

        settlement conference in this matter to November 1, 2011.  Plaintiff's 1.5 million dollar

1      settlement offer is six times the sum certain listed in his FTCA administrative claim.

2  2)   That Plaintiff Gabrielson's demand was rejected by the Untied States.  The United States

3      asserts that plaintiff Gabrielson is administratively capped in his recovery pursuant to a

4      Government tort claim filed in this action.  The United States also contests liability and

5      plaintiff Gabrielson's alleged damages.

6  3)   The parties have had further discussions on the topic of presenting their respective

7      positions to the Magistrate Judge at the settlement conference.  However, the parties

8      remain steadfast in their respective positions regarding liability, the administrative cap

9      and plaintiff Gabrielson's alleged damages; hence the parties are diametrically opposed

10     on the settlement value of this Mr. Gabrielson's case.

11 4)   In light of the foregoing, the parties herein do not believe that continuing forward with

12     the settlement conference as to plaintiff, TROY GABRIELSON would be productive for

13     either the parties nor a sensible expenditure of judicial resources in this case.

14 5)   Hence, the parties agree that this matter is no longer amenable to settlement conference

15     as to plaintiff, TROY GABRIELSON's claims.

16 6)   The parties herein are in no way indicating that the November 1, 2011 settlement

17     conference should not continue as to Plaintiff, ALLAN BOWEN.

18                                        RIVERA & ASSOCIATES

19 DATED: October 27, 2011               /s/ Jonathan B. Paul
                                         JONATHAN B. PAUL
20                                       Attorney for Plaintiff Troy Gabrielson

21

22                                       UNITED STATES ATTORNEY'S OFFICE

23 DATED: October 27, 2011               /s/ Jason Ehrlinspiel (auth'd on October 27, 2011    )
                                         Jason Ehrlinspiel, Assistant U.S. Attorney
24                                       Attorney for Defendant United States
                                         Postal Service

25 / / /

26 / / /

27 / / /

28 / / /

1    **FOR GOOD CAUSE SHOWN** as stated in the above set forth reasons,

2    **IT IS SO ORDERED** that the settlement conference scheduled for November 1, 2011 is

3  vacated as to Plaintiff TROY GABRIELSON, only.

4  DATED:  October 27, 2011

5

6

7

8                                                        KENDALL J. NEWMAN
                                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28