UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TROY GABRIELSON, ET AL.,     No. 2:09-cv-00538-MCE-GGH

      Plaintiffs,

  v.                           ORDER CONTINUING TRIAL

UNITED STATES POSTAL SERVICE, ET AL.,

      Defendants.

_____/

YOU ARE HEREBY NOTIFIED the February 11, 2013 bench trial is vacated and continued to **September 9, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **June 27, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the December 13, 2012 Final Pretrial Conference is vacated and continued to **July 11, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **June 20, 2013.** The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

///

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **June 20, 2013**. Oppositions must be filed by **June 27, 2013** and any reply must be filed by **July 5, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE