BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant United States Attorney, CSBN 214150
501 I Street, Suite 10-100
Sacramento, California  95814
916.554.2821 Direct
916.554.2900 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY GABRIELSON and ALLAN T. BOWEN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | No. 2:09-cv-00538- MCE CMK<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE AS TO PLAINTIFF ALLAN BOWEN** |

　　　　Plaintiff Allan Bowen, by and through his attorney, and the United States, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the settlement conference scheduled for May 30, 2013, as to Plaintiff Allan Bowen only, in light of the fact that: (1) the parties have already participated in a settlement conference (with respect to Allan Bowen); (2) the United States has issued a Rule 68 offer to Bowen; and (3) the parties do not believe that a further settlement conference would be of assistance.

　　　　The parties to this stipulation are in no way indicating that the May 30, 2013 settlement conference should not continue as to Plaintiff Troy Gabrielson.

|   |   |
|---|---|
| | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: May 21, 2013 | */s/ Edward A. Olsen*<br>By:   EDWARD A. OLSEN<br>Assistant United States Attorney |
| Dated: May 21, 2013 | */s/ John D. Barr*<br>JOHN D. BARR<br>Barr & Mudford<br>Attorney for Plaintiff |

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   May 22, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE