BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TROY GABRIELSON and ALLAN T. BOWEN,

　　　　　　　　Plaintiffs,

　　v.

UNITED STATES OF AMERICA,

　　　　　　　　Defendant.

CASE NO.  2:09-CV-00538 MCE-CMK

ORDER SUBSTITUTING UNITED STATES AS PARTY DEFENDANT AND DISMISSING DEFENDANTS DALE MARQUART AND UNITED STATES POSTAL SERVICE

Defendant Dale E. Marquart was certified as an employee of the United States who was acting within the scope of such employment at the time of the alleged incident giving rise to the complaint, and so, by operation of law, is entitled to the official immunity of the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-2680. [Dkt 1-4] The certification effected the substitution of the United States as the proper defendant in lieu of Mr. Marquart, who should be dismissed pursuant to his official immunity. 28 U.S.C. § 2679(d)(1). The United States is the only proper party defendant for FTCA claims. 28 U.S.C. §§ 1346(b)(1) and 2679(a); *FDIC v. Craft*, 157 F.3d  697, 706 (9th Cir. 1998).  Therefore, the United States is also substituted as Defendant in lieu of Defendant United States Postal Service.

　　　　IT IS SO ORDERED.

DATED:  June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER SUBSTITUTING UNITED STATES
AS PARTY DEFENDANT AND DISMISSING DEFENDANTS
MARQUART AND UNITED STATES POSTAL SERVICE

1