1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   CHI SOO KIM, CSBN 232346
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11

12
   TROY GABRIELSON,                    CASE NO.  2:09-CV-00538-MCE-CMK
13
                       Plaintiff,      **UNITED STATES' APPLICATION AND
14                                     ORDER TO FILE REPLY BRIEF IN EXCESS
             v.                        OF PAGE LIMITS**
15
   UNITED STATES OF AMERICA,           Pretrial Conference:   July 25, 2013
16                                     Time:                  11:00 a.m.
                       Defendant.      Judge:                 Morrison C. England, Jr.
17                                     Crtrm:                 7, 14th Floor

18                                     Trial Date:            September 9, 2013

19

20        The United States seeks leave from the Court to file a Reply in support of its motions in limine in

21  excess of the ten (10) page limit for replies set forth in this Court's Standard Information for Case

22  Management Procedures.  The United States consolidated its twelve (12) motions in limine into one

23  filing for efficiency [Dkt 63], and Plaintiff Troy Gabrielson likewise consolidated his opposition to all

24  the motions in limine into one filing  [Dkt 69].  The United States respectfully requests that this Court

25  grant it leave to file a sixteen (16) page Reply, which will consolidate its Reply to all twelve (12)

26  motions in limine into one filing, and concurrently files its Reply with this request.

27  / / /

28  / / /

   UNITED STATES' APPLICATION AND ORDER TO FILE REPLY          1
   BRIEF IN EXCESS OF PAGE LIMITS

1    Dated:   July 5, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney
2

3                                             /s/ Edward A. Olsen
                                              EDWARD A. OLSEN
4                                             CHI SOO KIM
                                              Assistant United States Attorneys
5

6                                    **ORDER**

7
          **IT IS SO ORDERED**.
8

9    Dated:  July 18, 2013
10

11

12   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
13   UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' APPLICATION AND ORDER TO FILE REPLY            2
BRIEF IN EXCESS OF PAGE LIMITS